**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAI SAMAYOA-SOTO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-03802-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Motion to Enforce is granted
3. Petitioner Sarai Conzuelo Samayoa-Soto (A#209-291-732) be immediately released from custody on the conditional parole terms that previously applied;
4. Respondents shall return any and all of Petitioner's personal property that was seized during her arrest and detention,

including her personal identification and other documents;

5. Respondents shall file a status report within three court days of any order adopting this Report and Recommendation confirming their compliance with the Court's order;

6. Judgment shall be entered consistent with this Order once such confirmation is received; and

7. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: October 27, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE