JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SARAI SAMAYOA-SOTO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-03802-SSS-BFM

**JUDGMENT**

On October 27, 2026, the Court issued an order granting the Petition and ordered Petitioner Sarai Conzuelo Samayoa-Soto (A# 209-291-732) immediately released from custody on the conditional parole terms that previously applied. (ECF 30 at 1.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 31.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: November 3, 2026

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE